**Motion Granted; Appeal Dismissed and Memorandum Opinion filed July 23, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00915-CV

---

### SCANTRON ROBOTICS USA, INC., D/B/A SCIPHYN, Appellant

### V.

### BRISTOLA, LLC, JARED BURMA AND IAN DUNLAP, Appellees

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-25060**

---

### MEMORANDUM OPINION

This is an appeal from an order signed November 15, 2023. On June 25, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.